UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marta Marie Lebron,                   Case No. 3:24-cv-110

       Plaintiff,

  v.                              ORDER AND
                                   JUDGEMENT ENTRY

Commissioner of Social Security,

       Defendant.

On October 16, 2024, United States Magistrate Judge Reuben J. Sheperd issued a Report and Recommendation ("R & R") recommending I affirm the Commissioner of Social Security's decision denying Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income. (Doc. No. 10-1). In the R & R, he notified the parties:

> Within 14 days after being served with a copy of this report and recommendation, a party may serve and file specific written objections to the proposed findings and recommendations of the magistrate judge. Rule 72(b)(2), Federal Rules of Civil Procedure; *see also* 28 U.S.C.§ 636(b)(1); Local Rule 72.3(b). . . . Failure to file objections within the specified time may result in the forfeiture or waiver of the right to raise the issue on appeal either to the district judge or in a subsequent appeal to the United States Court of Appeals . . . . *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).

(*Id.* at 15).

More than fourteen days passed, and no party filed any objection to the R & R. I consider their failure to file objections to "constitute a waiver of subsequent review," Local R. 72.3(b), and adopt Judge Sheperd's R & R in its entirety as the final Order of this Court. The Commissioner's decision is affirmed, and this case is closed.

So Ordered.

                                                       s/ Jeffrey J. Helmick
                                                       United States District Judge